# United States Bankruptcy Court
## for the District of Columbia

**FILED**

JUN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Re:

Greater Southeast Community Hospital Cor, Greater Southeast Community Hospital Community I

Debtor(s)

Case Number:

02-2250

Chapter: 11

CASE NUMBER  1:06CV01212

JUDGE: Paul L. Friedman

DECK TYPE: General Civil

DATE STAMP: 06/30/2006

TO:   Clerk, U.S. District Court for the District of Columbia

Transmitted herewith is the **Notice of Appeal** in the above-captioned case. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

Documents related to the appeal include:

| DE# | Document | Filer |
|---|---|---|
| 1495 | Second Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code As Approved By The Court Filed by Greater Southeast Community Hospital Corporation (Re: Related Document(s) #:1156 Disclosure Statement) | Greater Southeast |



| | | |
|---|---|---|
| 1545 | Plan Supplement to Debtors' Second Amended Joint Chapter 11 Plan of Reorganization Filed by Greater Southeast Community Hospital Corporation I, et al . (Re: Related Document(s) #:1495 Amended Disclosure Statement) (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 end of Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Continuation Exhibit 5# 8 Continuation Exhibit 5# 9 Continuation Exhibit 5# 10 Continuation Exhibit 5# 11 End of Exhibit 5# 12 Exhibit 6# 13 Exhibit 7# 14 Exhibit 8# 15 Exhibit 9# 16 Exhibit 10# 17 Exhibit 11# 18 Certificate of Service) | Greater Southeast |
| 1636 | Order Confirming Debtors' Second Amended Chapter 11 Plan Entered on 4/2/2004. (Re: Related Document(s) #:1485 Order on Disclosure Statement and Second Amended Plan and 1545 Plan Supplement to Debtor's Second Amended Joint Chapter 11 Plan. (Attachments: # (1) Continuation# (2) Continuation# (3) Continuation) | Court |
| 1717 | Notice of Assumption or Rejection of Executory Contracts and Unexpired Leases. Filed by Greater Southeast Community Hospital Corporation. (Re: Related Document(s): #1636 Order Confirming Chapter 11 Plan) | Greater Southeast |
| 1906 | Notice of Cure Claim on Behalf of Universal Care Inc. Filed by Robert W. Hawkins on behalf of Universal Care Inc. . (Re: Related Document(s) #1717 Notice of Assumption or Rejection of Executory Contracts and Unexpired Leases) | Universal Care |
| 2510 | Motion to Approve *Stipulation and Order Resolving Cure Claim of Universal Care, Inc.* (Related Document(s) #:1906 Notice of Cure Claim ) Filed by Greater Southeast Community Hospital Cor (Attachments: # 1 Stipulation and Proposed Order) (Lawrence, Cleveland) | Greater Southeast |
| 2517 | Stipulation and Order Resolving Cure Claim of Universal Care, Inc. Re: (Related Document(s) #:2510 Motion to Approve). | Court |
| 2519 | Order Vacating Stipulation and Order Resolving Cure Claim (Related Document(s) #:2517 Order.) | Court |
| 2896 | Memorandum Decision Regarding Cross-Motions for Summary Judgment on Proposed Stipulation and Order Resovling Cure Claim of Universal Care, Inc.(Related Document(s) #:2510 Motion to Approve.) | Court |

| | | |
|---|---|---|
| 2897 | Order Granting Motion for Court Approval of Stipulation and order, as Amended, Resolving Cure Claim of Universal Care, Inc. (Related Document #:2510) | Court |
| 2908 | Notice of Appeal. Fee Amount $250 Filed by The Doctors Community Hospital Liquidating Trust (Re: Related Document(s) #:2896 Memorandum Decision, 2897 Order on Motion to Approve.) | Sam Alberts, Trustee |
| 2914 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by The Doctors Community Hospital Liquidating Trust | Sam Alberts, Trustee |
| 2924 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Universal Care Inc. (Re: Related Document(s) #:2908 Notice of Appeal.) | |

**Other comments:**

The parties to the order appealed and their respective attorneys are as follows:

| Appellant/Plaintiff | Attorney |
|---|---|
| The Doctors Community Hospital Liquidating Trust | **Sam J. Alberts**<br>White & Case LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005 |
| **Appellee/Defendant** | **Attorney** |
| Greater Southeast Community Hospital Cor, Greater Southeast Community Hospital Community I | Ted A. Berkowitz, Esq.<br>Patrick Collins, Esq.<br>Farrell Fritz, P.C.<br>EAB Plaza<br>Uniondale, NY 11556-0120<br><br>Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>100 Federal Street<br>34th Floor<br>Boston, MA 02110<br><br>Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1300 Eye Street<br>Suite 900<br>Washington, DC 20005<br><br>Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave<br>New York, NY 10153 |
| Universal Care, Inc. | Lawrence A. Katz, Esq.<br>Kimberly L. Nelson<br>Venable LLP<br>8010 Towers Crescent Drive, Suite 300<br>Vienna, VA 22182 |

Denise H. Curtis, Clerk

Dated: *June 30, 2006*

By: *Renee J. Jackson*
Deputy Clerk

Please return a copy of this transmittal with the following information:

District Court Case Number:
    Judge Assigned:
    Date Stamp:

[*Affix Label Here*]

5