*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**In Re:**
**Greater Southeast Community**
**Hospital Cor, Greater Southeast**
**Community Hospital I**

**Civil Case No: 06-1212 PLF**

### NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that an exhibits have been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** 6/30/06