UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: )<br>)<br>GREATER SOUTHEAST COMMUNITY )<br>HOSPITAL COR., GREATER )<br>SOUTHEAST COMMUNITY HOSPITAL )<br>COMMUNITY I, )<br>)<br>    Debtor. )<br>_____) <br>)<br>THE DOCTORS COMMUNITY )<br>HOSPITAL LIQUIDATING TRUST, )<br>)<br>    Appellant, )<br>)<br>    v. )<br>)<br>GREATER SOUTHEAST COMMUNITY )<br>HOSPITAL COR., GREATER )<br>SOUTHEAST COMMUNITY HOSPITAL )<br>COMMUNITY I, )<br>)<br>and )<br>)<br>UNIVERSAL CARE, INC. )<br>)<br>    Appellees. )<br>_____) | Civil Action No. 06-1212 (PLF) |

## ORDER

    The Court has before it a notice of appeal from the decision of the United States Bankruptcy Court for the District of Columbia in the above-captioned bankruptcy action. Accordingly, it is hereby

    ORDERED that the parties shall meet and confer regarding a briefing schedule, and jointly submit a proposed briefing schedule to the Court on or before July 21, 2006.

SO ORDERED.

                                                              _____/s/_____
                                                              PAUL L. FRIEDMAN
                                                              United States District Judge

DATE:  July 5, 2006