UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br><br>*Debtors.*<br><br>_____<br><br>SAM J. ALBERTS, TRUSTEE FOR THE<br>THE DCHC<br>LIQUIDATING TRUST,<br><br>*Appellant*,<br><br>v.<br><br>GREATER SOUTHEAST COMMUNITY<br>HOSPITAL CORP., I *et al.*<br><br>and<br><br>UNIVERSAL CARE, INC.<br><br>*Appellees.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1212 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR CONTINUANCE OF SCHEDULING ORDER**

**TO THE HONORABLE PAUL L. FRIEDMAN**
**UNITED STATES DISTRICT COURT JUDGE:**

Appellant Sam J. Alberts, Trustee for the DCHC Liquidating Trust (the "Trustee" or the "Appellant"), and Appellees Greater Southeast Community Hospital Corp., I, *et al.* (the "Reorganized Debtors") and Universal Care, Inc. ("Universal Care"; together with the Reorganized Debtors, the "Appellees") (the Appellant and the Appellees together shall be

defined as the "Movants"), through their undersigned counsel, hereby file this Joint Motion for Continuance of this Court's Order dated July 5, 2006, requesting that the parties meet and confer regarding a briefing schedule and jointly submit a proposed briefing schedule to the Court on or before July 21, 2006 (the "Scheduling Order"), and in support state as follows:

## PROCEDURAL HISTORY

1.  On May 10, 2006, the United States Bankruptcy Court for the District of Columbia (the "Bankruptcy Court") entered its Decision Regarding Cross Motions For Summary Judgment On Proposed Stipulation (the "Stipulation") And Order Resolving Cure Claim of Universal Care, Inc. (the "Memorandum Opinion"). The Memorandum Opinion includes an extensive description of the relevant background related to the adversary proceeding, which is incorporated herein by reference.

2.  On May 10, 2006, the Bankruptcy Court also entered its Order Granting Motion For Court Approval Of Stipulation And Order, As Amended, Resolving Cure Claim Of Universal Care, Inc. (the "Order").

3.  On May 18, 2006, the Trustee filed its Notice of Appeal with respect to the Memorandum Opinion and the Order (the "Notice of Appeal").

4.  On May 26, 2006, the Trustee filed its Designation Of Record Pursuant To Notice Of Appeal in this matter.

5.  On June 5, 2006, the Appellees filed the Appellees' Joint Designation Of Items To Be Included In The Record On Appeal And Motion to Strike Portions Of Appellants' Designation Of Record Pursuant To Notice Of Appeal (the "Motion to Strike").

6.  On June 19, 2006, the Trustee filed its Response To The Appellees' Joint Motion To Strike.

7.      On June 20, 2006, the Bankruptcy Court held a hearing with respect to, *inter alia*, outstanding issues in the pending adversary proceeding between the Trustee and Universal Care (Bankr. D.D.C. Adv. Proc. No. 02-10266) (the "Adversary Proceeding"). At this hearing, the Bankruptcy Court issued a ruling from the bench regarding the issues raised in the Adversary Proceeding. However, the Bankruptcy Court has yet to enter a final appealable order in the Adversary Proceeding.

8.      On June 21, 2006, the Bankruptcy Court entered its Order Granting In Part And Denying In Part Appellees' Joint Motion To Strike Portions of Appellants' Designation Of Record Pursuant To Notice Of Appeal.

9.      On July 5, 2006, this Court entered the Scheduling Order.

## RELIEF REQUESTED

10.     After conferring as required by the Scheduling Order, the Movants hereby request a 60-day continuance with respect to the Scheduling Order's requirement that the parties jointly submit a proposed briefing schedule for the above-captioned proceeding on or before July 21, 2006 for the following reasons:

- The Movants continue to negotiate to attempt to achieve a consensual resolution of matters at issue in both the Stipulation and the Adversary Proceeding; and

- The Movants believe the Bankruptcy Court will soon enter an Order with respect to the Adversary Proceeding and believe that the issues pending in the Adversary Proceeding and in the Stipulation interrelate. If the Trustee appeals the Bankruptcy Court's ruling in the Adversary Proceeding, the Movants would likely move to consolidate the Trustee's appeal in the Adversary Proceeding with this appeal. The Movants believe that, in the interest of judicial economy, the parties should be permitted to submit a briefing schedule to this Court at a later date so that the briefing schedule can address the appeals of the Bankruptcy Court's orders with respect to both the Stipulation and Adversary Proceeding.

WHEREFORE, the Movants respectfully request that this Court enter the attached proposed order granting a 60-day continuance with respect to the Scheduling Order.

Dated:  July 21, 2006                                   Respectfully submitted,

**WHITE & CASE** LLP

By:  _____/s/ Douglas S. Mintz_____
Douglas S. Mintz (D.C. Bar No. 492078)
Jeffrey E. Schmitt (D.C. Bar No. 490013)
701 Thirteenth St., N.W.
Washington, D.C.  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Sam J. Alberts,*
*Trustee for The DCHC Liquidating Trust*

By:  _____/s/ Lawrence A. Katz_____
Lawrence A. Katz (D.C. Bar No. 252825)
Kimberly L. Nelson
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone: (703) 760-1600
Facsimile: (703) 821-8949

*Counsel for Universal Care, Inc.*

By:  _____/s/ Patrick Collins_____
Andrew M. Troop, Esq.
Weil, Gotshal & Manges LLP
100 Federal Street, 34th Floor
Boston, Massachusetts 02110

Deryck A. Palmer, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Peter D. Isakoff, Esq.
Holly E. Loiseau, Esq.
Weil, Gotshal & Manges LLP
1501 K Street N.W. Suite 100
Washington, D.C. 20005

Ted A. Berkowitz, Esq.
Patrick Collins, Esq.
Farrell Fritz, P.C.
EAB Plaza
Uniondale, NY 1156

*Counsel for the Reorganized Debtors*

## CERTIFICATE OF SERVICE

I certify that on July 21, 2006, a copy of this JOINT MOTION FOR CONTINUANCE OF SCHEDULING ORDER was sent by First Class Mail to the parties listed below.

Dennis Early, Esq.
Office of the United States Trustee
115 S. Union Street, Rm. 210
Alexandria, VA 22314

Any and All of the Debtors
c/o Doctors Community Healthcare Corporation
6730 North Scottsdale Road
Suit 290
Scottsdale, Arizona 85253

Kevin D. Orr, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

*Counsel for National Century Financial Enterprises, Inc.*

Michael L. Bernstein, Esq.
Charles A. Malloy, Esq.
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 2004

*Counsel for Health Care REIT, Inc.*

                           /s/ Douglas S. Mintz