UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br><br>*Debtors.*<br><br>_____<br><br>SAM J. ALBERTS, TRUSTEE FOR THE<br>THE DCHC<br>LIQUIDATING TRUST,<br><br>*Appellant*,<br><br>v.<br><br>GREATER SOUTHEAST COMMUNITY<br>HOSPITAL CORP., I *et al.*<br><br>and<br><br>UNIVERSAL CARE, INC.<br><br>*Appellees.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1212 (PLF) |

## **ORDER**

      This Court, having entered an order on July 5, 2006 requesting that the parties to this proceeding jointly submit a proposed briefing schedule to the Court on or before July 21, 2006;

      The parties hereto having jointly requested that this Court continue the deadline for the parties to submit a proposed briefing schedule to the Court;

WASHINGTON 983395 (2K)

And this Court having considered the Movants' Joint Motion For Continuance Of Scheduling Order.

IT IS HEREBY

ORDERED, that the parties shall jointly submit a proposed briefing schedule to the Court on or before September 19, 2006.

SO ORDERED

                                                                                     _____
                                                                                     Paul L. Friedman
                                                                                      United States District Judge

DATE: July \_\_, 2006