UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                          )
                                                )
GREATER SOUTHEAST                               )
COMMUNITY HOSPITAL CORP., I, *et al.*           )
                                                )
                                                )
        *Debtors.*                              )
                                                )
_____          )   Civil Action No. 06-1212 (JDB)
                                                )
SAM J. ALBERTS, TRUSTEE FOR THE                 )
DCHC LIQUIDATING TRUST,                         )
                                                )
        *Appellant,*                            )
                                                )
    v.                                          )
                                                )
GREATER SOUTHEAST                               )
COMMUNITY HOSPITAL CORP., I, *et al.*           )
                                                )
and                                             )
                                                )
UNIVERSAL CARE, INC.                            )
                                                )
        *Appellees.*                            )
                                                )

**PROPOSED JOINT STIPULATED SCHEDULING ORDER**

The Court having entered a Minute Order dated **July 24, 2006**, requesting that the parties submit a proposed Briefing Schedule to the Court on or before **September 19, 2006**, this proposed Order, in summary, sets forth the following dates for briefing in the above-captioned matter:

PROPOSED BRIEFING SCHEDULE

**November 17, 2006:**   Appellant's Initial Brief due. ¶ 1.

**December 8, 2006:**   Appellees' Response Briefs due. ¶ 2.

**December 22, 2006:**   Appellant's Reply Brief due. ¶3.

WHEREFORE, the parties to the above-captioned matter have met and conferred regarding the proposed schedule for the appeal in the above-captioned matter;

WHEREFORE, the parties have agreed to the proposed schedule detailed in this Order; and

WHEREFORE, the Court having reviewed the parties' proposed schedule, finds such schedule to be reasonable and appropriate in the above-captioned matter.

It is hereby ORDERED as follows:

1. Sam J. Alberts, Trustee for The DCHC Liquidating Trust (the "Trustee"; or the "Appellant") shall serve his initial brief on or before **November 17, 2006.**

2. Greater Southeast Community Hospital Corp., I, *et al.* and Universal Care, Inc. (together, the "Appellees,") shall serve their response brief(s) on or before **December 8, 2006**.

2

3.    The Trustee and any other party shall serve any reply brief on or before **December 22, 2006**.

SO ORDERED

                                                 _____
                                                 Hon. John D. Bates
                                                 United States District Judge

DATE: September __, 2006

STIPULATED ON SEPTEMBER 19, 2006 BY:

                                                   **WHITE & CASE**LLP

By:      /s/ Douglas S. Mintz
      Douglas S. Mintz (D.C. Bar No. 492078)
      701 Thirteenth St., N.W.
      Washington, D.C.  20005
      tel.: (202) 626-3600
      fax: (202) 639-9355

      *Counsel to Sam J. Alberts,*
      *Trustee for The DCHC Liquidating Trust*

WASHINGTON 1037152 (2K)

By: /s/ Lawrence A. Katz
Lawrence A. Katz (D.C. Bar No. 252825)
Kimberly L. Nelson
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone: (703) 760-1600
Facsimile: (703) 821-8949

*Counsel for Universal Care, Inc.*

By: /s/ Patrick Collins
Andrew M. Troop, Esq.
Weil, Gotshal & Manges LLP
100 Federal Street, 34th Floor
Boston, Massachusetts 02110

Deryck A. Palmer, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Peter D. Isakoff, Esq.
Holly E. Loiseau, Esq.
Weil, Gotshal & Manges LLP
1501 K Street N.W. Suite 100
Washington, D.C. 20005

Ted A. Berkowitz, Esq.
Patrick Collins, Esq.
Farrell Fritz, P.C.
EAB Plaza
Uniondale, NY 1156

*Counsel for the Reorganized Debtors*

Copies to:

Lawrence A. Katz, Esq.
Kimberly Nelson, Esq.
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
(703) 760-1600
(703) 821-8949 (fax)

*Counsel to Universal Care, Inc.*

Patrick J. Collins, Esq.
Farrell Fritz, P.C.
EAB Plaza
Uniondale, NY 11556-1320
(516) 227-0700
(516) 227-0777 (fax)

Cleveland Lawrence, III, Esq.
Weil, Gotshal & Manges LLP
1300 Eye Street, NW
Suite 900
Washington, DC 20005
(202) 682-7000
(202) 857-0940 (fax)

*Counsel to the Reorganized Debtors*

Sam. J. Alberts, Esq.
Douglas S. Mintz, Esq.
White & Case LLP
701 13th Street, NW
Washington, DC 20005
(202) 626-3600
(202) 639-9355 (fax)

*Counsel to Sam J. Alberts*
*Trustee for the DCHC Liquidating Trust*