UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>*Debtors.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SAM J. ALBERTS, TRUSTEE FOR THE<br>DCHC LIQUIDATING TRUST,<br><br>*Appellant,*<br><br>v.<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>and<br><br>UNIVERSAL CARE, INC.<br><br>*Appellees.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| In re:<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 06-1212 (JDB)

WASHINGTON 1098031 (2K)

|  |  |
|---|---|
| *Debtors.* | ) |
| | ) |
| SAM J. ALBERTS, TRUSTEE FOR THE DCHC LIQUIDATING TRUST, | ) Civil Action No. 06-1854 (JDB) ) ) |
| *Appellant,* | ) ) |
| v. | ) ) |
| UNIVERSAL CARE, INC. | ) ) |
| *Appellee.* | ) ) |

## JOINT MOTION FOR AMENDED SCHEDULING ORDER AND FOR ORDER CONSOLIDATING CASES

**TO THE HONORABLE JOHN D. BATES,**
**UNITED STATES DISTRICT COURT JUDGE:**

Sam J. Alberts, Trustee for the DCHC Liquidating Trust (the "Trustee", or the "Appellant"), Universal Care, Inc. ("Universal Care") and Greater Southeast Community Hospital Corp., I, *et al.* (the "Reorganized Debtors"; together with Universal Care, the "Appellees"; collectively with Universal Care and the Trustee, the "Parties"), by and through their undersigned counsel, hereby file this joint Motion seeking entry of an amended scheduling order and an order consolidating the above-captioned cases (the "Motion"), and in support state as follows:

### BACKGROUND

I. **The Stipulation.**

1. On May 10, 2006, the United States Bankruptcy Court for the District of Columbia (the "Bankruptcy Court") entered its Decision Regarding Cross Motions For Summary Judgment On Proposed Stipulation (the "Stipulation") And Order Resolving Cure Claim of Universal Care, Inc.

(the "First Memorandum Opinion"). The Memorandum Opinion includes an extensive description of the relevant background related to the adversary proceeding, which is incorporated herein by reference.

2. On May 10, 2006, the Bankruptcy Court also entered its Order Granting Motion For Court Approval Of Stipulation And Order, As Amended, Resolving Cure Claim Of Universal Care, Inc. (the "First Order").

3. On May 18, 2006, the Trustee filed his Notice of Appeal with respect to the First Memorandum Opinion and the First Order (the "First Notice of Appeal").

4. This matter subsequently became the above-captioned District Court Case No. 06-1212 (JDB).

## II. The Adversary Proceeding.

5. On June 20, 2006, the Bankruptcy Court held a hearing with respect to, *inter alia*, outstanding issues in the pending adversary proceeding between the Trustee and Universal Care (Bankr. D.D.C. Adv. Proc. No. 02-10266) (the "Adversary Proceeding"). At this hearing, the Bankruptcy Court issued a ruling from the bench regarding the issues raised in the Adversary Proceeding.

6. On September 25, 2006, the Bankruptcy Court entered a Final Judgment with respect to the Adversary Proceeding (the "Second Order") and a Memorandum Decision Regarding Converted Motion For Summary Judgment (the "Second Memorandum Opinion") in the Adversary Proceeding.

7. On October 3, 2006, the Trustee filed his notice of appeal with respect to the Bankruptcy Court's Second Order and Second Memorandum Opinion in the Adversary Proceeding (the "Second Notice of Appeal").

8. On October 11, 2006, the Trustee filed its designation of the record in this appeal.

9. On October 18, 2006 Universal Care filed its designation of the record in this appeal. This matter subsequently became the above-captioned District Court Case No. 06-1854 (JDB).

### III. District Court Procedure.

10. On July 5, 2006, this Court entered an order in above-captioned Case No. 06-1212 (JDB), requesting that the parties file a proposed schedule by July 21, 2006.

11. On July 21, 2006, the Parties filed a Joint Motion for continuance, to allow the parties to continue settlement negotiations with respect to this matter.

12. On July 24, 2006, this Court entered an order requesting that the Parties file a proposed schedule by September 19, 2006.

13. On September 19, 2006, the Parties filed a proposed scheduling order, whereby the Trustee's initial brief would be due on November 17, 2006.

14. On September 20, 2006, the Court entered an order approving this proposed schedule (the "Scheduling Order").

### REQUEST FOR RELIEF

15. By this Motion, the Parties hereby request that this Court enter the attached proposed order that would: (a) amend the Scheduling Order previously proposed by the parties and approved by this Court so that briefs in the above-captioned matters would be due in accordance with the

schedule detailed below and in the proposed order attached hereto; and (b) consolidate the two above-captioned cases for administrative convenience.

16.     The Parties believe the Motion is justified in light of the fact that (a) they continue to negotiate resolution of this matter; and (b) the final record on appeal in District Court Case No. 06-1854 (JDB) was not completed until less than one month ago. In light of these developments, and in an effort to minimize administrative costs to the extent possible, the Parties submit that this Court should modify the Scheduling Order so that briefs in both of the above-captioned cases are due as follows:

<u>PROPOSED BRIEFING SCHEDULE</u>

**January 17, 2007:**    **Appellant's Initial Brief due.**

**February 8, 2007:**    **Appellees' Response Brief(s) due.**

**February 22, 2007:**   **Appellant's Reply Brief due.**

17.     In addition, to further minimize administrative costs, and in light of the fact that both matters involve common issues of fact and law, the Parties request that this Court consolidate the two above-captioned matters into District Court Case No. 06-1212 (JDB).

WHEREFORE, the Parties respectfully request that the Court enter an order granting the relief requested herein and such other and further relief as is just and proper.

Dated: November 10, 2006                                      Respectfully submitted,

**WHITE & CASE** LLP

By: _____/s/ Douglas S. Mintz_____
Douglas S. Mintz (D.C. Bar No. 492078)
Joshua M. Hantman (D.C. Bar No. 488058)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Sam J. Alberts,*
*Trustee for The DCHC Liquidating Trust*

By: _____/s/ Lawrence A. Katz_____
Lawrence A. Katz (D.C. Bar No. 252825)
Kimberly L. Nelson
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone: (703) 760-1600
Facsimile: (703) 821-8949

*Counsel for Universal Care, Inc.*

By: /s/ Patrick Collins
Andrew M. Troop, Esq.
Weil, Gotshal & Manges LLP
100 Federal Street, 34th Floor
Boston, Massachusetts 02110

Deryck A. Palmer, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Peter D. Isakoff, Esq.
Holly E. Loiseau, Esq.
Weil, Gotshal & Manges LLP
1501 K Street N.W. Suite 100
Washington, D.C. 20005

Ted A. Berkowitz, Esq.
Patrick Collins, Esq.
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale, NY 1156

*Counsel for the Reorganized Debtors*

## CERTIFICATE OF SERVICE

I certify that on November 10, 2006, a copy of this JOINT MOTION FOR AMENDED SCHEDULING ORDER AND FOR ORDER CONSOLIDATING CASES was sent by First Class Mail to the parties listed below.

Lawrence A. Katz, Esq.
Kimberly Nelson, Esq.
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
(703) 760-1600
(703) 821-8949 (fax)

*Counsel to Universal Care, Inc.*

Patrick J. Collins, Esq.
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale, NY 11556-1320
(516) 227-0700
(516) 227-0777 (fax)

Cleveland Lawrence, III, Esq.
Weil, Gotshal & Manges LLP
1300 Eye Street, NW
Suite 900
Washington, DC  20005
(202) 682-7000
(202) 857-0940 (fax)

*Counsel to the Reorganized Debtors*

Dennis Early, Esq.
Office of the United States Trustee
115 S. Union Street, Rm. 210
Alexandria, VA 22314

Any and All of the Debtors
c/o Doctors Community Healthcare Corporation
6730 North Scottsdale Road
Suit 290
Scottsdale, Arizona 85253

Kevin D. Orr, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

*Counsel for National Century Financial Enterprises, Inc.*

Michael L. Bernstein, Esq.
Charles A. Malloy, Esq.
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 2004

*Counsel for Health Care REIT, Inc.*


                                           /s/ Douglas S. Mintz
                                           ────────────────────