UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>*Debtors.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SAM J. ALBERTS, TRUSTEE FOR THE<br>DCHC LIQUIDATING TRUST,<br><br>*Appellant*,<br><br>v.<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>and<br><br>UNIVERSAL CARE, INC.<br><br>*Appellees.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| In re:<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 06-1212 (JDB)

|  |  |  |
|---|---|---|
| *Debtors.* | ) | |
| | ) | |
| SAM J. ALBERTS, TRUSTEE FOR THE DCHC LIQUIDATING TRUST, | ) ) | Civil Action No. 06-1854 (JDB) |
| | ) | |
| *Appellant,* | ) ) | |
| v. | ) ) | |
| UNIVERSAL CARE, INC. | ) ) | |
| *Appellee.* | ) ) | |

## PROPOSED AMENDED SCHEDULING ORDER AND ORDER CONSOLIDATING CASES

This proposed Order, in summary, sets forth the following dates for briefing in the above-captioned matter:

### PROPOSED BRIEFING SCHEDULE

**January 17, 2007:**  Appellant's Initial Brief due. ¶ 1.

**February 8, 2007:**  Appellees' Response Brief(s) due. ¶ 2.

**February 22, 2007:**  Appellant's Reply Brief due. ¶3.

WHEREFORE, the parties to the above-captioned matters (the "Parties") continue to negotiate regarding the settlement and resolution thereof;

WHEREFORE, the Parties to the above-captioned matters have met and conferred regarding the proposed schedule for the appeal in the above-captioned matters;

WHEREFORE, the record on appeal in District Court Case No. 06-1854 (JDB) was not completed until less than one month ago;

WHEREFORE, the two above-captioned cases involve common issues of fact and law;

WHEREFORE, the Parties have agreed to the proposed schedule detailed in this Order;

WHEREFORE, the Parties believe that consolidation of the above-captioned cases is in the best interests of all of the Parties; and

WHEREFORE, the Court having reviewed the parties' proposed schedule, finds such schedule to be reasonable and appropriate in the above-captioned matter.

It is hereby ORDERED as follows:

1. Sam J. Alberts, Trustee for The DCHC Liquidating Trust (the "Trustee"; or the "Appellant") shall serve his initial brief on or before **January 17, 2007.**

2. Greater Southeast Community Hospital Corp., I, *et al.* and Universal Care, Inc. shall serve their response brief(s) on or before **February 8, 2007.**

3. The Trustee and any other party shall serve any reply brief on or before **February 22, 2007**.

4. The above-captioned cases shall be consolidated into District Court Case No. 06-1212 (JDB).

SO ORDERED

_____
Hon. John D. Bates
United States District Judge

DATE: November __, 2006

Copies to:

Lawrence A. Katz, Esq.
Kimberly Nelson, Esq.
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
(703) 760-1600
(703) 821-8949 (fax)

*Counsel to Universal Care, Inc.*

Patrick J. Collins, Esq.
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale, NY 11556-1320
(516) 227-0700
(516) 227-0777 (fax)

Cleveland Lawrence, III, Esq.
Weil, Gotshal & Manges LLP
1300 Eye Street, NW
Suite 900
Washington, DC 20005
(202) 682-7000
(202) 857-0940 (fax)

*Counsel to the Reorganized Debtors*

WASHINGTON 1098031 (2K)                     11

Sam. J. Alberts, Esq.
Douglas S. Mintz, Esq.
Joshua M. Hantman, Esq.
White & Case LLP
701 13th Street, NW
Washington, DC 20005
(202) 626-3600
(202) 639-9355 (fax)

*Counsel to Sam J. Alberts*
*Trustee for the DCHC Liquidating Trust*