UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:**<br><br>**GREATER SOUTHEAST COMMUNITY HOSPITAL CORP., I, et al.,**<br><br>    Debtors. | **Civil Action No. 06-1212** |
| **SAM J. ALBERTS, TRUSTEE FOR THE DCHC LIQUIDATING TRUST,**<br><br>    Appellant,<br><br>    v.<br><br>**GREATER SOUTHEAST COMMUNITY HOSPITAL CORP., I, and UNIVERSAL CARE, INC.,**<br><br>    Appellees. | |
| **In re:**<br><br>**GREATER SOUTHEAST COMMUNITY HOSPITAL CORP., I, et al.,**<br><br>    Debtors. | **Civil Action No. 06-1854** |
| **SAM J. ALBERTS, TRUSTEE FOR THE DCHC LIQUIDATING TRUST,**<br><br>    Appellant,<br><br>    v.<br><br>**UNIVERSAL CARE, INC.,**<br><br>    Appellees. | |

**AMENDED SCHEDULING ORDER AND ORDER CONSOLIDATING CASES**

Upon consideration of the joint motion for amended scheduling order and for order

consolidating cases, it is hereby

**ORDERED** that the motion is GRANTED; it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 42(a), the above-captioned cases shall be consolidated, and the Clerk of the Court shall maintain the Master Docket and electronic case file in In re Greater Southeast Community Hospital Corp. I, Civil Action No. 06-1212; it is further

**ORDERED** that all papers related to these actions shall be filed in the Master Docket unless otherwise directed by the Court; it is further

**ORDERED** that, for internal management and administrative purposes, Civil Action No. 06-1854 shall be administratively closed pending further order of the Court; it is further

**ORDERED** that the briefing scheduled entered on September 20, 2006 is VACATED; and it is further

**ORDERED** that the parties shall file briefs in accordance with the following schedule:

1. Appellant Sam J. Alberts, Trustee for The DCHC Liquidating Trust ("Trustee") shall file and serve his initial brief by not later than January 17, 2007.

2. Appellees Greater Southeast Community Hospital Corp., I., et al., and Universal Care, Inc., shall file and serve their response brief(s) by not later than February 8, 2007.

3. The Trustee and any other party shall file and serve any reply brief by not later than February 22, 2007.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Date:  November 13, 2006