UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>*Debtors.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SAM J. ALBERTS, TRUSTEE FOR THE<br>DCHC LIQUIDATING TRUST,<br><br>*Appellant,*<br><br>v.<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>and<br><br>UNIVERSAL CARE, INC.<br><br>*Appellees.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 06-1212 (JDB)

## **NOTICE OF WITHDRAWAL AND OF APPEARANCE**

Pursuant to Local Rule 83.6(b), Douglas S. Mintz, Esq., hereby withdraws his appearance on behalf of Sam J. Alberts, Trustee for the DCHC Liquidating Trust as of November 22, 2006 in the above-captioned matter. Mr. Mintz shall be replaced as

counsel by Jeffrey E. Schmitt of White & Case at the below address. Mr. Alberts indicates his consent to this withdrawal by his signature hereto.

Dated: November 21, 2006    Respectfully submitted,

**WHITE & CASE** LLP

By: _____/s/ Douglas S. Mintz_____
Douglas S. Mintz (D.C. Bar No. 492078)

By:_____/s/ Jeffrey E. Schmitt_____
Jeffrey E. Schmitt (D.C. Bar No. 490013)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

Counsel to Sam J. Alberts, Trustee for The DCHC Liquidating Trust

**Consented to by:**

_____/s/  Sam J. Alberts_____
Sam J. Alberts, Trustee for the DCHC Liquidating Trust

## **CERTIFICATE OF SERVICE**

I certify that on November 21, 2006, a copy of the attached notice was sent by First Class Mail to the parties listed below.

Dennis Early, Esq.
Office of the United States Trustee
115 S. Union Street, Rm. 210
Alexandria, VA 22314

Any and All of the Debtors
c/o Doctors Community Healthcare Corporation
6730 North Scottsdale Road
Suit 290
Scottsdale, Arizona 85253

Kevin D. Orr, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

*Counsel for National Century Financial Enterprises, Inc.*

Michael L. Bernstein, Esq.
Charles A. Malloy, Esq.
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 2004

*Counsel for Health Care REIT, Inc.*

Andrew Troop, Esq.
Weil Gotshal & Manges
100 Federal St.
34th Floor
Boston, MA 02110

Ted Berkowitz, Esq.
Patrick Collins, Esq.
Farrell Fritz P.C.
Reckson Plaza
Uniondale, NY 11556

*Counsel to the Reorganized Debtors*

Lawrence A. Katz, Esq.
Kimberly L. Nelson, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone: (703) 760-1600
Facsimile: (703) 821-8949

*Counsel for Universal Care, Inc.*

                                                /s/ Douglas S. Mintz