UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br><br>*Debtors.*<br><br>―――――――――――――――――――<br><br>SAM J. ALBERTS, TRUSTEE FOR THE<br>DCHC LIQUIDATING TRUST,<br><br>*Appellant,*<br><br>v.<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>and<br><br>UNIVERSAL CARE, INC.<br><br>*Appellees.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-1212 (JDB) |

## MOTION FOR AMENDED SCHEDULING ORDER

**TO THE HONORABLE JOHN D. BATES,**
**UNITED STATES DISTRICT COURT JUDGE:**

Sam J. Alberts, Trustee for The DCHC Liquidating Trust (the "Trustee", or the "Appellant"), by and through his undersigned counsel, hereby files this Motion seeking entry of an amended scheduling order and in support state as follows:

WASHINGTON 1098031 (2K)

1. Pursuant to the Court's Amended Scheduling Order and Order Consolidating Cases entered November 13, 2006 (Docket No. 5), the Court set the briefing schedule which the requires the Appellant's initial brief by January 17, 2007, Appellees' Greater Southeast Community Hospital Corp., I, et al., and Universal Care, Inc.'s response brief by February 8, 2007, and the Appellant's reply brief by February 22, 2007.

2. The Trustee and Greater Southeast Community Hospital Corp., I, et al. have been in negotiations in the hopes of consensually resolving this matter. Moreover, the Trustee has a lengthy trial set to begin on Friday, January 19, 2007 in the United States Bankruptcy Court for the District of Columbia, Adv. Pro. No. 04-10366. In light of these considerations, the Trustee spoke with counsel for Greater Southeast Community Hospital Corp., I, et al. and counsel for Universal Care, Inc. to request an extension of time to file his initial brief.

3. Specifically, on January 11, 2007, counsel for the Trustee spoke with Patrick Collins, counsel for Greater Southeast Community Hospital Corp., I, et al, who agreed to an extension for the Trustee's initial brief.

4. On January 12, 2007, counsel for the Trustee spoke with Kimberly Nelson, counsel for Universal Care, Inc., and requested an extension of time to file the Trustee's initial brief. Counsel for Universal Care, Inc. responded that she had to discuss the matter with her client. At approximately 8:00 p.m. on January 17, 2007, counsel for Universal Care, Inc. responded that she would not agree to the requested extension.

5. Because of the Trustee's imminent trial and to allow for settlement negotiations among the Trustee and Greater Southeast Community Hospital Corp., I, et. al., the Trustee requests

an extension to the current briefing schedule of approximately thirty days, so that briefs would be due as follows:

PROPOSED BRIEFING SCHEDULE

**February 19, 2007:**   Appellant's Initial Brief due.

**March 9, 2007:**   Appellees' Response Brief(s) due.

**March 23, 2007:**   Appellant's Reply Brief due.

WHEREFORE, the Trustee respectfully request that the Court enter an order granting the relief requested herein and such other and further relief as is just and proper.

Dated: January 17, 2007                             Respectfully submitted,

WHITE & CASE LLP

By: _____
Dana E. Foster (D.C. Bar No. 489007)
Jeffrey E. Schmitt (D.C. Bar No. 490013)
Joshua M. Hantman (D.C. Bar No. 488058)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Sam J. Alberts,
Trustee for The DCHC Liquidating Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2007, I caused to be served a true and correct copy of the "MOTION FOR AMENDED SCHEDULING ORDER" by first-class mail upon:

| Name and Street Address | Email Address, if any |
|---|---|
| Kimberly L. Nelson, Esq.<br>Venaable LLP<br>8010 Towers Crescent Drive, Suite 300<br>Vienna, Virginia 22182<br>(Counsel for Universal Care Inc.)<br><br>Patrick Collins, Esq.<br>Farrell Fritz, P.C.<br>EAB Plaza<br>Uniondale, NY 11556-0120<br>(Counsel for the Reorganized Debtors) | |

_____
Jeffrey E. Schmitt