UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>*Debtors.*<br><br>———————————————————<br><br>SAM J. ALBERTS, TRUSTEE FOR THE<br>DCHC LIQUIDATING TRUST,<br><br>*Appellant,*<br><br>v.<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>and<br><br>UNIVERSAL CARE, INC.<br><br>*Appellees.* | Civil Action No. 06-1212 (JDB) |

## **PROPOSED AMENDED SCHEDULING ORDER**

Pursuant to the Sam J. Alberts, Trustee for the DCHC Liquidating Trust's Motion for Amended Scheduling Order, is its hereby

ORDERED that the parties shall file briefs in accordance with the following schedule:

1. Sam J. Alberts, Trustee for The DCHC Liquidating Trust (the "Trustee"; or the

WASHINGTON 1098031 (2K)

"Appellant") shall serve his initial brief on or before **February 19, 2007.**

2. Greater Southeast Community Hospital Corp., I, *et al.* and Universal Care, Inc. shall serve their response brief(s) on or before **March 9, 2007**.

3. The Trustee and any other party shall serve any reply brief on or before **March 23, 2007**.

SO ORDERED

                                                                                        _____
                                                                                       Hon. John D. Bates
                                                                                       United States District Judge

DATE: January __, 2007

Copies to:

Lawrence A. Katz, Esq.
Kimberly Nelson, Esq.
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
(703) 760-1600
(703) 821-8949 (fax)

*Counsel to Universal Care, Inc.*

Patrick J. Collins, Esq.
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale, NY 11556-1320
(516) 227-0700
(516) 227-0777 (fax)

Cleveland Lawrence, III, Esq.
Weil, Gotshal & Manges LLP

WASHINGTON 1098031 (2K)

1300 Eye Street, NW
Suite 900
Washington, DC 20005
(202) 682-7000
(202) 857-0940 (fax)

*Counsel to the Reorganized Debtors*

Sam. J. Alberts, Esq.
Douglas S. Mintz, Esq.
Joshua M. Hantman, Esq.
White & Case LLP
701 13th Street, NW
Washington, DC 20005
(202) 626-3600
(202) 639-9355 (fax)

*Counsel to Sam J. Alberts*
*Trustee for the DCHC Liquidating Trust*