UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**GREATER SOUTHEAST COMMUNITY HOSPITAL CORP., I, et al.,**<br><br>Debtors. | Civil Action No. 06-1212 |
| **SAM J. ALBERTS, TRUSTEE FOR THE DCHC LIQUIDATING TRUST,**<br><br>Appellant,<br><br>v.<br><br>**GREATER SOUTHEAST COMMUNITY HOSPITAL CORP., I, and UNIVERSAL CARE, INC.,**<br><br>Appellees. | |

## SECOND AMENDED SCHEDULING ORDER

Upon consideration of [#9] appellant's motion for amended scheduling order, it is hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that the parties shall file briefs in accordance with the following schedule:

1. Appellant Sam J. Alberts, Trustee for The DCHC Liquidating Trust ("Trustee") shall file and serve his initial brief by not later than February 20, 2007.

2. Appellees Greater Southeast Community Hospital Corp., I., et al., and Universal Care, Inc., shall file and serve their response brief(s) by not later than March 13, 2007.

3. The Trustee and any other party shall file and serve any reply brief by not later than March 27, 2007.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Date: January 18, 2007