UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>*Debtors.*<br><br>——————————————<br><br>SAM J. ALBERTS, TRUSTEE FOR THE<br>DCHC LIQUIDATING TRUST,<br><br>*Appellant,*<br><br>v.<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>and<br><br>UNIVERSAL CARE, INC.<br><br>*Appellees.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-1212 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION FOR AMENDED SCHEDULING ORDER

**TO THE HONORABLE JOHN D. BATES,
UNITED STATES DISTRICT COURT JUDGE:**

Sam J. Alberts, Trustee for The DCHC Liquidating Trust (the "Trustee", or the "Appellant"), by and through his undersigned counsel, hereby files this Consent Motion seeking entry of an amended scheduling order and in support state as follows:

1.  Pursuant to the Court's Second Amended Scheduling Order and Order Consolidating Cases entered January 18, 2007 (Docket No. 10), the Court set the briefing schedule which requires the Appellant's initial brief by February 20, 2007, Appellees' Greater Southeast Community Hospital Corp., I, *et al.*, and Universal Care, Inc.'s response brief by March 13, 2007, and the Appellant's reply brief by March 27, 2007.

2.  The Trustee has been prosecuting a lengthy trial in the United States Bankruptcy Court for the District of Columbia, Adv. Pro. No. 04-10366 since January 19, 2007. In addition, the Trustee and Greater Southeast Community Hospital Corp., I, *et al.* have been in negotiations in the hopes of consensually resolving this matter. In light of these considerations, the Trustee spoke with counsel for Greater Southeast Community Hospital Corp., I, *et al.* and counsel for Universal Care, Inc. to request an extension of time to file his initial brief.

3.  Specifically, counsel for the Trustee communicated with Patrick Collins, counsel for Greater Southeast Community Hospital Corp., I, *et al.*, and Kimberly Nelson, counsel for Universal Care, Inc. Counsel for both Appellees agreed to an extension of approximately thirty days for the Trustee's initial brief.

4.  Because of the Trustee's bankruptcy trial and to allow for settlement negotiations among the Trustee and Greater Southeast Community Hospital Corp., I, *et al.*, the Trustee requests an extension to the current briefing schedule of approximately thirty days, so that briefs would be due as follows:

<u>PROPOSED BRIEFING SCHEDULE</u>

March 16, 2007:   Appellant's Initial Brief due.

April 6, 2007:   Appellees' Response Brief(s) due.

April 20, 2007:   Appellant's Reply Brief due.

WHEREFORE, the Trustee respectfully requests that the Court enter an order granting the relief requested herein and such other and further relief as is just and proper.

Dated: February 20, 2007                               Respectfully submitted,

**WHITE & CASE LLP**

By: _____
Dana E. Foster (D.C. Bar No. 489007)
Jeffrey E. Schmitt (D.C. Bar No. 490013)
Joshua M. Hantman (D.C. Bar No. 488058)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Sam J. Alberts,*
*Trustee for The DCHC Liquidating Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February 2007, I caused to be served a true and correct copy of CONSENT MOTION FOR AMENDED SCHEDULING ORDER by first-class mail upon:

Lawrence A. Katz, Esq.
Kimberly Nelson, Esq.
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182

Patrick J. Collins, Esq.
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale, NY 11556-1320

Cleveland Lawrence, III, Esq.
Weil, Gotshal & Manges LLP
1300 Eye Street, NW
Suite 900
Washington, DC 20005

_____
Dana E. Foster