UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>*Debtors.*<br><br>———————————————<br><br>SAM J. ALBERTS, TRUSTEE FOR THE<br>DCHC LIQUIDATING TRUST,<br><br>*Appellant,*<br><br>v.<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>and<br><br>UNIVERSAL CARE, INC. | Civil Action No. 06-1212 (JDB) |

|  |  |
|---|---|
| *Appellees.* | )<br>)<br>) |

## **PROPOSED AMENDED SCHEDULING ORDER**

Pursuant to the Sam J. Alberts, Trustee for The DCHC Liquidating Trust's Consent Motion for Amended Scheduling Order, is its hereby

ORDERED that the parties shall file briefs in accordance with the following schedule:

1. Sam J. Alberts, Trustee for The DCHC Liquidating Trust (the "Trustee", or the "Appellant") shall serve his initial brief on or before **March 16, 2007.**

2. Greater Southeast Community Hospital Corp., I, *et al.* and Universal Care, Inc. shall serve their response brief(s) on or before **April 6, 2007.**

3. The Trustee and any other party shall serve any reply brief on or before **April 20, 2007.**

SO ORDERED

_____
Hon. John D. Bates
United States District Judge

DATE: February \_\_, 2007

2

Copies to:

Lawrence A. Katz, Esq.
Kimberly Nelson, Esq.
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
(703) 760-1600
(703) 821-8949 (fax)

*Counsel to Universal Care, Inc.*

Patrick J. Collins, Esq.
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale, NY 11556-1320
(516) 227-0700
(516) 227-0777 (fax)

Cleveland Lawrence, III, Esq.
Weil, Gotshal & Manges LLP
1300 Eye Street, NW
Suite 900
Washington, DC  20005
(202) 682-7000
(202) 857-0940 (fax)

*Counsel to the Reorganized Debtors*

Sam. J. Alberts, Esq.
Jeffrey E. Schmitt, Esq.
Joshua M. Hantman, Esq.
White & Case LLP
701 13th Street, NW
Washington, DC 20005
(202) 626-3600
(202) 639-9355 (fax)

*Counsel to Sam J. Alberts
Trustee for the DCHC Liquidating Trust*

3