# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>**GREATER SOUTHEAST COMMUNITY HOSPITAL CORP., I, et al.,**<br><br>    **Debtors.** | Civil Action No. 06-1212 |

**SAM J. ALBERTS, TRUSTEE FOR THE DCHC LIQUIDATING TRUST,**

    **Appellant,**

    v.

**GREATER SOUTHEAST COMMUNITY HOSPITAL CORP., I, and UNIVERSAL CARE, INC.,**

    **Appellees.**

## THIRD AMENDED SCHEDULING ORDER

Upon consideration of [#11] appellant's consent motion for amended scheduling order, it is hereby

**ORDERED** that the motion is GRANTED; it is further

**ORDERED** that the parties shall file briefs in accordance with the following schedule:

1.    Appellant Sam J. Alberts, Trustee for The DCHC Liquidating Trust ("Trustee") shall file and serve his initial brief by not later than March 16, 2007.

2.    Appellees Greater Southeast Community Hospital Corp., I., et al., and Universal Care, Inc., shall file and serve their response brief(s) by not later than April 6, 2007.

3.    The Trustee and any other party shall file and serve any reply brief by not later than April 20, 2007.

It is further

**ORDERED** that a status hearing is scheduled for March 19, 2007, at 9:00 a.m. in Courtroom 8, to address the contingency that further modifications to the briefing schedule may be necessary in light of ongoing settlement negotiations or for any other reason.  Counsel may move to vacate the status hearing, if counsel represent that they anticipate full compliance with the current briefing schedule.

**SO ORDERED.**

_____
/s/
JOHN D. BATES
United States District Judge

Date:    February 21, 2007