UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

—————————————————————

In re:                                              )
                                                    )
                                                    )
GREATER SOUTHEAST                                   )
COMMUNITY HOSPITAL CORP., I, *et al.*               )
                                                    )
                                                    )
          *Debtors.*                                )
                                                    )

—————————————————————          Civil Action No. 06-1212 (JDB)

                                                    )
SAM J. ALBERTS, TRUSTEE FOR THE                     )
DCHC LIQUIDATING TRUST,                             )
                                                    )
          *Appellant,*                              )
                                                    )
       v.                                           )
                                                    )
GREATER SOUTHEAST                                   )
COMMUNITY HOSPITAL CORP., I, *et al.*               )
                                                    )
and                                                 )
                                                    )
UNIVERSAL CARE, INC.                                )

*Appellees.*                )
                            )
                            )

_____

## PROPOSED AMENDED SCHEDULING ORDER

Pursuant to Sam J. Alberts, Trustee for The DCHC Liquidating Trust's Consent Motion for

Amended Scheduling Order, is its hereby

ORDERED that the parties shall file briefs in accordance with the following schedule:

1.   Sam J. Alberts, Trustee for The DCHC Liquidating Trust (the "Trustee", or the

     "Appellant") shall serve his initial brief on or before **April 9, 2007.**

2.   Greater Southeast Community Hospital Corp., I, *et al.* and Universal Care, Inc. shall

     serve their response brief(s) on or before **May 14, 2007.**

3.   The Trustee and any other party shall serve any reply brief on or before **May 28,**

     **2007**.


SO ORDERED

                            _____
                            Hon. John D. Bates
                            United States District Judge

DATE: March __, 2007

2

Copies to:

Lawrence A. Katz, Esq.
Kimberly Nelson, Esq.
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
(703) 760-1600
(703) 821-8949 (fax)

*Counsel to Universal Care, Inc.*

Patrick J. Collins, Esq.
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale, NY 11556-1320
(516) 227-0700
(516) 227-0777 (fax)

Cleveland Lawrence, III, Esq.
Weil, Gotshal & Manges LLP
1300 Eye Street, NW
Suite 900
Washington, DC  20005
(202) 682-7000
(202) 857-0940 (fax)

*Counsel to the Reorganized Debtors*

Sam. J. Alberts, Esq.
Jeffrey E. Schmitt, Esq.
Joshua M. Hantman, Esq.
White & Case LLP
701 13th Street, NW
Washington, DC 20005
(202) 626-3600
(202) 639-9355 (fax)

*Counsel to Sam J. Alberts*
*Trustee for the DCHC Liquidating Trust*