UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**GREATER SOUTHEAST COMMUNITY HOSPITAL CORP., I, et al.,**<br>    Debtors. | Civil Action No. 06-1212<br><br>**FILED**<br>MAR 19 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| **SAM J. ALBERTS, TRUSTEE FOR THE DCHC LIQUIDATING TRUST,**<br>    Appellant,<br><br>v.<br><br>**GREATER SOUTHEAST COMMUNITY HOSPITAL CORP., I, and UNIVERSAL CARE, INC.,**<br>    Appellees. | |

## FOURTH AMENDED SCHEDULING ORDER

Upon consideration of [#13] appellant's consent motion for amended scheduling order, and the representation of counsel that a settlement in principle has been reached, it is hereby

**ORDERED** that an appropriate submission to effectuate the dismissal of this appeal shall be filed by not later than March 30, 2007; it is further

**ORDERED** that, in the absence of such submission, the parties shall file briefs in accordance with the following schedule:

1. Appellant Sam J. Alberts, Trustee for The DCHC Liquidating Trust ("Trustee") shall file and serve his initial brief by not later than April 9, 2007.

2. Appellees Greater Southeast Community Hospital Corp., I., et al., and Universal

       Care, Inc., shall file and serve their response brief(s) by not later than May 14, *2007.*

3.     The Trustee and any other party shall file and serve any reply brief by not later than May 28, 2007.

**SO ORDERED.**

                                    /s/
                          JOHN D. BATES
                    United States District Judge

Date:   March 19, 2007

Copies to:

Dane E. Foster
Jeffrey E. Schmitt
White & Case LLP
701 Thirteenth St., NW
Washington, DC 20005

     *Counsel to Sam J. Alberts, Trustee for The DCHC Liquidating Trust*

Ted A. Berkowitz
Patrick Collins
Farrell Fritz, P.C. EAB Plaza
Uniondale, NY 11556-0120

     *Counsel to Greater Southeast Community Hospital Corp., et al.*

Lawrence A. Katz, Esq.
Kimberly L. Nelson, Esq.
Venable LLP
8010 Towers Crescent Dr., Suite 300
Vienna, VA 22182

     *Counsel for Universal Care, Inc.*