UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>*Debtors.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SAM J. ALBERTS, TRUSTEE FOR THE<br>DCHC LIQUIDATING TRUST,<br><br>*Appellant,*<br><br>v.<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>and<br><br>UNIVERSAL CARE, INC.<br><br>*Appellees.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 06-1212 (JDB)

## STIPULATION OF DISMISSAL OF APPEAL

**TO THE HONORABLE JOHN D. BATES,**
**UNITED STATES DISTRICT COURT JUDGE:**

Sam J. Alberts, Trustee for The DCHC Liquidating Trust, Universal Care, Inc., and Greater Southeast Community Hospital Corp. I, *et. al.*, pursuant to Rule 8001(c)(2) of the

Federal Rules of Bankruptcy Procedure, hereby file this stipulation requesting dismissal of this appeal with prejudice.

Dated: March 29, 2006

Respectfully submitted,

**WHITE & CASE** LLP

By: /s/ Dana E. Foster
Dana E. Foster (D.C. Bar No. 489007)
Jeffrey E. Schmitt (D.C. Bar No. 490013)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Sam J. Alberts,*
*Trustee for The DCHC Liquidating Trust*

By: /s/ Lawrence A. Katz
Lawrence A. Katz (D.C. Bar No. 252825)
Kimberly L. Nelson
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone: (703) 760-1600
Facsimile: (703) 821-8949

*Counsel for Universal Care, Inc.*

By: _____/s/ Patrick Collins_____
Peter D. Isakoff, Esq.
Holly E. Loiseau, Esq.
Weil, Gotshal & Manges LLP
1501 K Street N.W. Suite 100
Washington, D.C. 20005

Ted A. Berkowitz, Esq.
Patrick Collins, Esq.
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale, NY 1156

*Counsel for the Reorganized Debtors*

**CERTIFICATE OF SERVICE**

      I certify that on March 29, 2007, a copy of the attached "STIPULATION OF DISMISSAL OF APPEAL" was sent by first-class mail to the following parties:

Patrick Collins, Esq.
Farrell Fritz P.C.
Reckson Plaza
Uniondale, NY 11556

*Counsel to the Reorganized Debtors*

Lawrence A. Katz, Esq.
Kimberly L. Nelson, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone: (703) 760-1600
Facsimile: (703) 821-8949

*Counsel for Universal Care, Inc.*

                                                /s/ Dana E. Foster